IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGIE F. GOLMON | * |
| | * |
| PLAINTIFF | * |
| VS. | *   CIVIL ACTION NO. _____ |
| | * |
| EATON GROUP ATTORNEYS, LLC AND | *   COMPLAINT AND |
| GREGORY M. EATON. | *   DEMAND FOR A JURY TRIAL |
| DEFENDANTS | * |

**COMPLAINT**

I. Introduction

1.  This is an action for damages brought by an individual consumer for defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3.  Plaintiff, Margie F. Golmon ("plaintiff" or "Ms. Golmon"), is a natural person who resides in Livingston Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.  Defendant, Eaton Group Attorneys, LLC (hereinafter referred to as "EGA") is a domestic limited liability company doing business in the state of Louisiana, whose registered agent for service of process is Gregory M. Eaton, 309 North Blvd., Baton Rouge, LA 70801. EGA, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a

"debt collector" as defined under the FDCPA.

5. Defendant, Gregory M. Eaton (hereinafter referred to as "Eaton") is an attorney licensed to practice law in Louisiana. Eaton, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

IV. FACTUAL ALLEGATIONS

6. Within one year of filing this complaint, an employee of defendant EGA spoke with Ms. Golmon about a debt she allegedly owed to HSBC Bank USA, NA ("creditor") in the amount of approximately $13,946.32, upon which EGA and Eaton had filed suit for the creditor.

7. This alleged debt arose from some type of loan from the creditor which was used solely for personal purposes.

8. During this conversation, Ms. Golmon questioned why the suit was filed in Denham Springs City Court when she resided outside of the city limits of Denham Springs.

9. Defendant EGA informed Ms. Golmon it was filed there because it was less expensive to file there.

10. Defendant EGA agreed to transfer the suit to a correct venue but required Ms. Golmon to file an answer first before this would be done.

11. The employee of EGA checked with an attorney working for EGA and confirmed that the suit would not be transferred unless Ms. Golmon filed an answer with the court asking for it to be transferred.

12. Ms. Golmon thereafter filed an answer and an exception of improper venue thereby incurring court costs which were unnecessary.

13. EGA and Eaton, the controlling attorney for EGA, responded to these filings

by filing a Motion to Transfer venue to the district court for the Parish of Livingston, which was granted.

## DEFENDANT'S PRACTICES

14. Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(10), and 1692f.

15. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, court costs, and travel expenses for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendants Eaton Group Attorneys, LLC and Gregory M. Eaton for:

    a.    Additional damages from each defendant;

    b.    Actual damages;

    c.    Attorney fees, litigation expenses and costs; and

    d.    Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com