## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGIE F. GOLMON** | * |
| | * |
| **PLAINTIFF** | * |
| **VS.** | *   **CIVIL ACTION NO. 09-235-FJP-CN** |
| | * |
| **EATON GROUP ATTORNEYS, LLC AND** | * |
| **GREGORY M. EATON.** | * |
| **DEFENDANTS** | * |

### ORDER

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that this action is dismissed with prejudice.

Baton Rouge, Louisiana, August 11, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA